ORDERED ACCORDINGLY.

Dated: March 22, 2011

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge



**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-04718

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:11-BK-03454-GBN |
| Rance L. Kinser and Connie L. Kinser<br>　　　　Debtors. | Chapter 7 |
| U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC5<br>　　　　Movant,<br>　　vs.<br>Rance L. Kinser and Connie L. Kinser, Debtors, Eric M. Haley, Trustee.<br>　　　　Respondents. | ORDER<br><br>(Related to Docket #12) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 20, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC5 is the current beneficiary and Rance L. Kinser and Connie L. Kinser have an interest in, further described as:

> Lot 234 and an undivided 1/10 th interest in and to the common area of Tract N, of Sun City Unit Twenty, according to the plat
> of record in the office of the County Recorder of Maricopa County, Arizona, recorded Book 125 of Maps, Page 18,

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.